UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RICARDO ALFREDO BARRETO
GONZALEZ,

     Petitioner,

v.                                                                No. 6:26-CV-207-H

MARKWAYNE MULLIN, et al.,

     Respondents.

## ORDER

Before the Court is the petitioner's emergency motion for a preliminary injunction or temporary restraining order (Dkt. No. 10). The petitioner files this motion in a peculiar posture. Twenty minutes before his request for emergency relief, the petitioner filed a motion to transfer this case to the Southern District of Texas pursuant to 28 U.S.C. § 1406, claiming that the petition was "filed in the wrong district." Dkt. No. 9 at 2. In the transfer motion, he claims that "[n]o response has been filed" and thus "[t]ransfer will not prejudice" the respondents. *Id.* at 3; *but see* Dkt. Nos. 7; 8 (the respondents' answer and accompanying appendix). He now moves for emergency relief to "prohibit[] [the r]espondents from transferring [him] outside the jurisdiction of this Court." Dkt. No. 10.

Because both motions bear the incorrect petitioner's name, the Court takes these filings to be the product of a clerical error. Accordingly, both motions (Dkt. Nos. 9; 10) are denied without prejudice. The petitioner's habeas petition (Dkt. No. 1) remains pending.

So ordered on June 12, 2026.

                                           _____
                                           JAMES WESLEY HENDRIX
                                           UNITED STATES DISTRICT JUDGE